# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MATTHEW A. TOBIN,**

      *Plaintiff,*

 **v.**                          **Case No.: 5:26cv113-MW/HTC**

**WARDEN MASHBURN, et al.,**

      *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections, ECF No. 4. Contrary to Plaintiff's arguments to the contrary, Plaintiff is a three-striker who has not paid the filing fee. Moreover, he now seeks relief based on a past use of force but does not allege facts demonstrating that he faces imminent danger of serious physical injury, and thus, is required to pay the filing fee.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion, The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** because Plaintiff is a three-

striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he

is in imminent danger of serious physical injury." The Clerk shall close the file.

**SO ORDERED on May 11, 2026.**

**s/Mark E. Walker**
**United States District Judge**